No. 531. UNITED STATES *v.* HUNT. November 22, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Vernon S. Jones* and *Raymond Parmer* for petitioner. *Mr. David Haar* for respondent.

No. 540. TORRE *v.* NATIONAL CITY BANK. November 22, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Francis H. Dexter* for petitioner. *Mr. Earle T. Fiddler* for respondent.

No. 525. OCEAN CITY *v.* FEDERAL RESERVE BANK. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied, without prejudice to the right to apply for a reinstatement of the petition at any time before the end of this term in case a new trial shall not be awarded. *Messrs. George A. Bourgeois, Harry A. Coulomb,* and *William B. Hunter* for petitioner. *Messrs. Yale L. Schekter* and *Clarence L. Cole* for respondent.

No. 546. CARTER *v.* WOODRING, SECRETARY OF WAR. December 6, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. MR. JUSTICE BLACK took no part in the consideration and decision of this application. *Mr. Oberlin M. Carter, pro se.* Solicitor General Reed, Assistant Attorney General *Whitaker,* and *Mr. Paul A. Sweeney* for respondent.

No. 518. DUNCAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. December 6, 1937. Petition for writ